UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ALLANNA WARREN,<br><br>　　　Plaintiff,<br><br>v.<br><br>THE CITY OF HENDERSON NEVADA, *et al.*,<br><br>　　　Defendants. | Case No.: 2:23-cv-1503-GMN-NJK<br><br>**ORDER**<br><br>[Docket Nos. 39, 40] |

Pending before the Court are Plaintiff's motion to issue subpoena and motion to issue summons.[1]  Docket Nos. 39, 40.  Plaintiff is proceeding *in forma pauperis*.  Docket No. 30.  On February 23, 2024, the Court dismissed Plaintiff's complaint with leave to amend.  Docket No. 35 at 3.  Plaintiff has not yet filed an amended complaint for screening and, therefore, these motions are premature.

Accordingly, Plaintiff's motions are **DENIED** without prejudice.[2]  Docket Nos. 39, 40.

IT IS SO ORDERED.

Dated: March 5, 2024

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

---

[1] The Court construes *pro se* filings liberally.  *Blaisdell v. Frappiea*, 729 F.3d 1237, 1241 (9th Cir. 2013).

[2] The Court expresses no opinion as to the merits of the instant motions.

1