# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ALLANNA WARREN,<br><br>    Plaintiff,<br><br>v.<br><br>THE CITY OF HENDERSON NEVADA, *et al.*,<br><br>    Defendants. | Case No. 2:23-cv-01503-GMN-NJK<br><br>**REPORT AND RECOMMENDATION** |

On February 23, 2024, the Court screened Plaintiff's complaint pursuant to 28 U.S.C. § 1915(e). Docket No. 35. The Cout therein determined that the complaint failed to comply with Rule 8 of the Federal Rules of Civil Procedure or state a claim on which relief may be granted. The Court ordered that, to the extent the deficiencies identified could be cured, an amended complaint had to be filed by April 22, 2024. *Id.* at 3. The Court warned that failing to file an amended complaint "**will result in the recommended dismissal of this case**." *Id.* at 3 (emphasis in original). Plaintiff has not filed an amended complaint or sought an extension.

Accordingly, the undersigned **RECOMMENDS** that this case be **DISMISSED** without prejudice.

Dated: June 20, 2024

_____
Nancy J. Koppe
United States Magistrate Judge

# NOTICE

This report and recommendation is submitted to the United States District Judge assigned to this case pursuant to 28 U.S.C. § 636(b)(1). A party who objects to this report and recommendation must file a written objection supported by points and authorities within fourteen

1

days of being served with this report and recommendation.  Local Rule IB 3-2(a).  Failure to file a timely objection may waive the right to appeal the district court's order.  *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991).